IN THE CIRCUIT COURT OF NEW MADRID COUNTY
STATE OF MISSOURI

| | |
|---|---|
| CLEAN HARBORS ENVIRONMENTAL ) <br> SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) Cause No: <br> vs. ) <br> ) Division <br> PAR LOGISTICS, LLC, ) <br> Serve: 7458 Expressway Dr. SW Ste D ) <br> Grand Rapids, MI 49548 ) <br> ) <br> AND ) **PLAINTIFF DEMANDS** <br> ) **TRIAL BY JURY** <br> MARK BONNEMA, ) <br> Serve:  1139 146th Ave. ) <br> Wayland, MI 49348 ) <br> ) <br> Defendants. ) | |

## *PETITION FOR DAMAGES*

COMES NOW Plaintiff, Clean Harbors Environmental Services Inc., by and through its counsel, and for its Petition for Damages against Defendant Par Logistics LLC ("Par Logistics") and Defendant Mark Bonnema ("Bonnema"), states as follows:

1. Plaintiff is and was, at all relevant times, incorporated under the laws of the State of Massachusetts and conducts business in the State of Missouri as an interstate motor carrier.

2. Defendant Par Logistics is and was, at all relevant times, a Michigan limited liability company that conducts business in the State of Missouri as an interstate motor carrier.

3. Defendant Bonnema is an adult resident and citizen of the city of Wayland, State of Michigan.

4. At all relevant times to this action, Bonnema, under the dispatch of Par Logistics, was acting as an agent, servant and/or employee and was operating a tractor trailer in interstate commerce in New Madrid County, State of Missouri.

5. Venue is proper in the Circuit Court of New Madrid County pursuant to R.S.Mo. § 508.010.4 because Plaintiff's cause of action accrued in New Madrid County.

6. On or about August 14, 2019, one of Plaintiff's agents, servants, and/or employees, Bruce Page, was operating a 2019 Mack Truck AN64T tractor trailer on Interstate 57 South in New Madrid County, State of Missouri under the dispatch of Plaintiff.

7. On said date and time, Bonnema was operating a 2007 Kenworth Motor Truck tractor trailer on Interstate 57 South under the dispatch of Par Logistics directly behind the tractor trailer driven by Bruce Page.

8. Bruce Page, under the dispatch of Plaintiff, was stopped in the right westbound lane of Interstate 57 South when his tractor trailer was struck from behind by the tractor trailer being driven by Bonnema, under the dispatch of Par Logistics.

9. The impact forced the tractor trailer being driven by Bruce Page into the rear of a tractor trailer being driven by Muhammad Arshad.

*COUNT I – NEGLIGENCE- PAR LOGISTICS*

COMES NOW, Plaintiff, by and through its undersigned counsel, and for its claim and cause of action on Count I of this Petition for Damages against Defendant Par Logistics LLC alleges and states as follows:

10. Plaintiff hereby incorporates the preceding paragraphs of this Petition for Damages as though fully set forth herein.

11. Par Logistics, acting through its agents, servants and/or employees, individually and/or in combination, was careless and negligent in one or more of the following respects:

   A. In following too closely;
   B. In failing to keep a careful lookout;
   C. In driving at an excessive speed;
   D. In failing to stop, swerve, slacken speed, sound a warning, or slacken speed and sound a warning, or swerve and sound a warning; and
   E. In striking the rear end of Plaintiff's tractor trailer.

12. As a direct and proximate result of the negligence of Par Logistics, acting through its agents, servants and/or employees, individually and/or in combination, in one or more of these respects, damage was caused to the front, rear, and undercarriage of Plaintiff's tractor trailer.

WHEREFORE, Plaintiff Clean Harbors Environmental Services prays for judgement against Defendant Par Logistics LLC on Count I in an amount that is fair and reasonable and in excess of $25,000, plus costs and interest.

## *COUNT II – NEGLIGENCE - BONNEMA*

COMES NOW, Plaintiff, by and through its undersigned counsel, and for its claim and cause of action on Count II of this Petition for Damages against Defendant Mark Bonnema alleges and states as follows:

13. Plaintiff hereby incorporates the preceding paragraphs of this Petition for Damages as though fully set forth herein.

14. Bonnema, under the dispatch of Par Logistics, was careless and negligent in one or more of the following respects:

   A. In following too closely;
   B. In failing to keep a careful lookout;
   C. In driving at an excessive speed;
   D. In failing to stop, swerve, slacken speed, sound a warning, or slacken speed and sound a warning, or swerve and sound a warning; and

Electronically Filed - New Madrid - November 09, 2020 - 10:51 AM

E. In striking the rear end of Plaintiff's tractor trailer.

15. As a direct and proximate result of the negligence of Bonnema, damage was caused to the front, rear, and undercarriage of Plaintiff's tractor trailer.

WHEREFORE, Plaintiff Clean Harbors Environmental Services prays for judgement against Defendant Mark Bonnema on Count II in an amount that is fair and reasonable and in excess of $25,000, plus costs and interest.

/s/ Gary E. Snodgrass
Gary E. Snodgrass   #27037
J. Phillip Bryant   #46154
PITZER SNODGRASS, P.C.
Attorney for Plaintiff
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: snodgrass@pspclaw.com
Email: bryant@pspclaw.com